**DISMISS and Opinion Filed December 2, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00447-CV**

**IN THE MATTER OF B.N., A JUVENILE**

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-18-01337-W**

## MEMORANDUM OPINION
Before Justices Whitehill, Schenck, and Browning
Opinion by Justice Browning

Before the Court is the November 24, 2020 motion for a voluntary dismissal signed by B.N. and his attorney. The motion states that B.N. no longer wishes to pursue the appeal because the parties have fully compromised and settled all issues, and they have agreed the trial judgment remains in full force and effect. Attached to the motion is a "Waiver of Rights," also signed by B.N. and his attorney.

We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a) (civil appeal may be dismissed on appellant's motion); TEX. FAM. CODE ANN. §§ 56.01(b), 51.09, 51.10.

/John G. Browning/
JOHN G. BROWNING
JUSTICE

200477F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF B.N., A
JUVENILE

No. 05-20-00447-CV

On Appeal from the 304th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. JD-18-01337-
W.
Opinion delivered by Justice
Browning. Justices Whitehill and
Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered December 2, 2020